UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

    - v. -                                 :

WANDA FLORIO,                              

                Defendant.       :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

INDICTMENT

07 Cr.

07CRM 698

COUNT ONE

The Grand Jury charges:

From in or about March 2003, up to and including in or about May 2007, in the Southern District of New York and elsewhere, WANDA FLORIO, the defendant, unlawfully, willfully, and knowingly, did execute and attempt to execute, a scheme and artifice to defraud a financial institution, the deposits of which were insured by the Federal Deposit Insurance Corporation, to wit, the Bank of New York, and to obtain moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of, such financial institution, by means of false and fraudulent pretenses, representations, and promises, to wit, FLORIO stole money from customer accounts at the Bank of New York by unauthorized wire transfers.

(Title 18, United States Code, Section 1344.)

/s/ _____
FOREPERSON

/s/ Michael J. Garcia
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

WANDA FLORIO,

Defendant.

INDICTMENT

07 Cr.

(18 U.S.C. § 1344)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____
Foreperson.

7/27/07

*[handwritten notes, partially illegible]* Ord. Ind. filed 11-1-07 This case is Assigned to Judge Marrero for all purposes.

*[signed]* My Judge Police