```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
```
UNITED STATES OF AMERICA

         — against —

WANDA FLORIO,

                              Defendant.
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-1-07

07 Cr. 698 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

The Government (see attached letter) requests that the defendant's initial conference be scheduled for August 17, 2007 at 10:45 a.m.

All parties to this action consent to an exclusion of the adjourned time from the Speedy Trial Act until August 17, 2007.

It is hereby ordered that the adjourned time shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the defendants and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(ii) & (iv).

**SO ORDERED:**

Dated: New York, New York
       1 August 2007

                                   _____
                                   Victor Marrero
                                   U.S.D.J.



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 30, 2007

Honorable Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:   **United States v. Wanda Florio,**
           **07 Cr. 698 (VM)**

Dear Judge Marrero:

    The grand jury returned an indictment in the above-captioned matter on July 27, 2007, charging the defendant with one count of bank fraud in violation of Title 18, United States Code, Section 1344. The defendant is currently scheduled to appear before your Honor for a pretrial conference on August 17, 2007, at 10:45 am. The Government is attempting to arrange the defendant's arraignment prior to that date. In the meantime, the Government respectfully requests, with the consent of defense counsel, that the Court exclude the time under the Speedy Trial Act until August 17, 2006, at 10:45 am, because the ends of justice served by excluding time under the Speedy Trial Act outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8).

                                      Respectfully submitted,

                                      MICHAEL J. GARCIA
                                    United States Attorney

                 By:   David A. O'Neil
                       Assistant United States Attorney
                       Telephone:   (212) 637-2533
                       Facsimile:    (212) 637-2937

cc:    Roland Thau