USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-13-07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

— against —

WANDA FLORIO,

                    Defendant.

07 Cr. 698 (VM)

ORDER

**VICTOR MARRERO**, United States District Judge.

The Defendant, through his counsel (see attached letter), requests that the conference scheduled for December 14, 2007 be adjourned. The Government joins in this request for adjournment. The next conference in this matter shall be held on January 11, 2008 at 3:00 p.m.

All parties to this action consent to an exclusion of the adjourned time from the Speedy Trial Act until January 11, 2008 at 3:00 p.m.

It is hereby ordered that the adjourned time shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the defendants and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(ii) & (iv).

**SO ORDERED:**

Dated: New York, New York
       13 December 2007

                                      Victor Marrero
                                      U.S.D.J.

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

December 13, 2007

by fax 212 805-6382

Honorable Victor Marrero
United States Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: **United States v. Wanda Florio**
    07 Cr. 698(VM)

Your Honor:

On the government's consent (by David Andrew O'Neil, Esq., AUSA, Tel. 637-2533 and 637 267-4267), I respectfully request that Ms. Florio's presently scheduled conference for tomorrow, December 14, 2007, be adjourned for no less than three weeks.

We are in the process of negotiating a disposition with the government and would need about the time requested to complete that process as well as to attend year-end commitments and other work.

Mr. Florio consents to the exclusion of speedy trial time until the next date to be set by Your Honor if you grant this application.

Respectfully,

Roland Thau
Staff Attorney
Tel.: (212) 417-8733

cc: David A. O'Neil, Esq., AUSA
    by fax 212 637-2387

TOTAL P.002