UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

— against —

WANDA FLORIO,

                              07 Cr. 698 (VM)

                    Defendant.    ORDER

**VICTOR MARRERO, United States District Judge.**

The Defendant, through his counsel (see attached letter), requests that the conference scheduled for February 1, 2008 be adjourned. The Government joins in this request for adjournment. The next conference in this matter shall be held on February 29, 2008 at 2:15 p.m.

All parties to this action consent to an exclusion of the adjourned time from the Speedy Trial Act until February 29, 2008.

It is hereby ordered that the adjourned time shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the defendants and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(ii) & (iv).

SO ORDERED:

Dated: New York, New York
       31 January 2008

                                        Victor Marrero
                                        U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/31/08_

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

January 30, 2008

Leonard F. Joy
Executive Director
by fax 212 805-6382

Southern District of New York
John J. Byrnes
Attorney-in-Charge

Honorable Victor Marrero
United States Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007



Re:   **United States v. Wanda Florio**
      **07 Cr. 698(VM)**

Your Honor:

    We confirm our telephone conversation with Your Honor's chambers this morning suggesting that, because Ms. Florio has in the last few days been placed in a month-long out-of-town Daytop substance-abuse residential program by her supervising Pretrial Services officer (Mr. Carlos Ramirez, Tel. 212 805-4136), the conference now scheduled for February 1, 2008, be adjourned to February 29th so as not to interrupt Ms. Florio's rehabilitation. Mr. Ramirez has suggested that we make this application and we agree with him that this would be wise.

    I left a voicemail message asking for the government's consent (David Andrew O'Neil, Esq., AUSA, Tel. 637-2533) but haven't received a return call as yet.

    Mr. Florio consents to the exclusion of speedy trial time until the next date to be set by Your Honor if you grant this application.

Respectfully,

Roland Thau
Staff Attorney
Tel.: (212) 417-8733

cc:   David A. O'Neil, Esq., AUSA
      by fax 212 637-2387

      Carlos Ramirez, Pretrial Services Officer
      by fax: 212 805-4175